THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON CANNON GORMLEY
& STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
Attorney for Defendant
CLARK COUNTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

HAREL PLUMBING & HEATING, INC., )
a Nevada Corporation,            )
                                 )
            Plaintiff,           )   CASE NO. 2:19-cv-00735-KJD-BNW
                                 )
vs.                              )
                                 )
CLARK COUNTY, a political subdivision )
of the State of Nevada; CLARK COUNTY  )
BOARD OF COMMISSIONERS; CLARK         )
COUNTY COMPREHENSIVE                  )
PLANNING DEPARTMENT,                  )
                                 )
            Defendants.          )
_____)

### STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**(First Request)**

On November 6, 2020, Defendant filed a Motion for Summary Judgment [Doc # 31] in the above referenced matter. The Opposition is currently due November 27, 2020. Plaintiff's counsel has requested additional time of 31 days to file the opposition up to and including December 28, 2020, due to the holidays and in consideration of opposing

1

counsel's request to extend time to oppose Plaintiff's summary judgment motion for health reasons. This is the first request related to the opposition and reply briefs for Defendant's Motion for Summary Judgment.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties thereto, through their undersigned respective counsel of record, that Plaintiff shall have an additional 31 days up to and including December 28, 2020 to file its Opposition to Defendant's Motion.

| OLSON CANNON GORMLEY & STOBERSKI | MCDONALD CARANO LLP |
|---|---|
| By /s. Thomas D. Dillard, Jr. <br> THOMAS D. DILLARD, JR., ESQ. <br> Nevada Bar No. 006270 <br> 9950 West Cheyenne Avenue <br> Las Vegas, Nevada 89129 <br> Attorney for Defendant <br> CLARK COUNTY | By /s/J. Christopher Molina <br> J. CHRISTOPHER MOLINA, ESQ. <br> Nevada Bar No. 14092 <br> 2300 West Sahara Ave., Ste. 1200 <br> Las Vegas, Nevada 89102 <br> Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 11/30/2020

2