THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON CANNON GORMLEY
& STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile:  (702) 383-0701
Attorney for Defendant
CLARK COUNTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| HAREL PLUMBING & HEATING, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; CLARK COUNTY BOARD OF COMMISSIONERS; CLARK COUNTY COMPREHENSIVE PLANNING DEPARTMENT,<br><br>Defendants. | CASE NO. 2:19-cv-00735-KJD-BNW |

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

(First Request)

On November 19, 2020, Plaintiff filed a Motion for Partial Summary Judgment [Doc #32] in the above referenced matter. The Opposition is currently due December 10, 2020. Defendant's counsel has requested additional time due to health reasons of 32 days

1

to file the opposition up to and including January 11, 2021. This is the parties' first request regarding the Opposition to Plaintiff's Motion for Partial Summary Judgment.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties thereto, through their undersigned respective counsel of record, that Defendant shall have an additional 32 days up to and including January 11, 2021 to file its Opposition to Plaintiff's Motion.

| OLSON CANNON GORMLEY & STOBERSKI | MCDONALD CARANO LLP |
|---|---|
| By /s. Thomas D. Dillard, Jr. <br> THOMAS D. DILLARD, JR., ESQ. <br> Nevada Bar No. 006270 <br> 9950 West Cheyenne Avenue <br> Las Vegas, Nevada 89129 <br> Attorney for Defendant <br> CLARK COUNTY | By /s/ J. Christopher Molina <br> J. CHRISTOPHER MOLINA, ESQ. <br> Nevada Bar No. 14092 <br> 2300 West Sahara Ave., Ste. 1200 <br> Las Vegas, Nevada 89102 <br> Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 11/30/2020

2