KRISTEN T. GALLAGHER, ESQ. (NSBN 9561)
J. CHRISTOPHER MOLINA, ESQ. (NSBN 14092)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com
cmolina@mcdonaldcarano.com

*Attorneys for Plaintiff Harel Plumbing & Heating, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HAREL PLUMBING & HEATING, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; CLARK COUNTY BOARD OF COMMISSIONERS; CLARK COUNTY COMPREHENSIVE PLANNING DEPARTMENT,<br><br>Defendants. | Case No.:  2:19-cv-00735-KJD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(First Request)** |

On November 19, 2020, Plaintiff filed a Motion for Partial Summary Judgment [Doc # 32] in the above referenced matter. On January 11, 2021, Defendant filed an Opposition to Motion for Partial Summary Judgment [Doc # 42].  The Reply is currently due January 25, 2021. Plaintiff's counsel has requested additional time of 7 days to file the reply up to and including February 1, 2021 because he has recently returned from leave after the birth of his child. Defendant does not object to the request.  This is the first stipulation for extension to file the Reply.

/ / /

IT IS HEREBY STIPULATED AND AGREED by and between the Parties thereto, through their undersigned respective counsel of record, that Plaintiff shall have an additional 7 days up to and including February 1, 2021 to file a Reply in support of the Motion for Partial Summary Judgment.

DATED this 25th day of January, 2021.

| MCDONALD CARANO LLP | OLSON CANNON GORMLEY & STOBERSKI |
|---|---|
| By: /s/ J. Christopher Molina<br>J. CHRISTOPHER MOLINA, ESQ.<br>Nevada Bar No. 14092<br>2300 West Sahara Ave., Ste. 1200<br>Las Vegas, Nevada 89102<br>Attorneys for Plaintiff | By /s. Thomas D. Dillard, Jr.<br>THOMAS D. DILLARD, JR., ESQ.<br>Nevada Bar No. 006270<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Attorney for Defendant<br>CLARK COUNTY |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: __January 26, 2021__